# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In re:<br><br>SHERRIE LYNN MOON,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-54588-pwb |

### CERTIFICATE OF SERVICE ON DEBTOR OF
### CREDITOR TIMOTHY MCAFEE'S MOTION FOR RELIEF FROM
### AUTOMATIC STAY TO PROCEED WITH DISPOSSESSORY ACTION

I hereby certify that on June 19, 2023, a true and correct copy of CREDITOR TIMOTHY MCAFEE'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH DISPOSSESSORY ACTION was served on Debtor by placed same in United States Mail, First Class, proper postage attached to Debtor at:

> Sherrie Lynn Moon
> 428 Tidewater Cove
> Stone Mountain, GA 30087

Dated: June 20, 2023

Respectfully Submitted by:

**THRIFT MCLEMORE**

/s/ Ryan K. McLemore
Ryan K. McLemore
Georgia Bar No. 496929
rmclemore@thriftlegal.com

*Attorney for Creditor Timothy McAfee*

1000 Parkwood Circle
Suite 375
Atlanta, GA 30339
rmclemore@thriftlegal.com
404-520-8776 (direct)